[No. 5785–9–II.  Division Two.  October 18, 1984.]

JOHN M. EUBANK, *Respondent,* v. LEROY WILBUR,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clallam County, No. 24980, Tyler C. Moffett, J., entered August 10, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 5903–1–III.  Division Three.  October 18, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER
ANDREW PETTERSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–1–00100–6, Marcus M. Kelly, J., entered June 14, 1983. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff, J., and Hettinger, J. Pro Tem.

[No. 6274–7–II.  Division Two.  October 19, 1984.]

KENNETH SHAFER, *Appellant,* v. SAFECO INSURANCE
COMPANY OF AMERICA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81–2–00732–1, Floyd V. Hicks, J., entered April 8, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[Nos. 10495–1–I; 10514–1–I;  Division One.        October 22, 1984.]
    10621–0–I.

S. M. SAGE, *as Receiver, Appellant,* v. INTERGRAPHICS,
INC., *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 793714, David W. Soukup, J., entered July 23, 1981. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Williams, JJ.